IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED _____ D.C.
05 APR 27 PM 3: 46
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN, MEMPHIS

| | |
|---|---|
| MARK CHRISTOPHER OBERT and LESLEY OBERT, <br><br> Plaintiffs, <br><br> v. <br><br> THE PYRAMID, CITY OF MEMPHIS, SHELBY COUNTY GOVERNMENT, PUBLIC BUILDING AUTHORITY OF MEMPHIS AND SHELBY COUNTY, MEMPHIS POLICE DEPARTMENT, LEISURE MANAGEMENT INTERNATIONAL D/B/A LMI/HHI, LTD., and SPECTACOR MANAGEMENT GROUP D/B/A SMG, <br><br> Defendants. | Civil Docket No.:03-2135-DV |

**ORDER GRANTING PLAINTIFFS'
MOTION TO EXTEND RESPONSE DEADLINE ON
DEFENDANT SMG'S RULE 12(b) (6) MOTION TO DISMISS,
OR IN THE ALTERNATIVE, RULE 12(e) MOTION TO REQUIRE
MORE DEFINITE STATEMENT**

Upon consideration of Plaintiff's Motion To Extend Response Deadline On Defendant SMG's Rule 12(b)(6) Motion to Dismiss, or in the Alternative, Rule 12(e) Motion to Require More Definite Statement, and the entire record herein, it is hereby ORDERED that Plaintiff's Motion is granted. Accordingly, it is ordered as follows:

> Plaintiff is granted an extension of time within which to respond to Defendant SMG's Rule 12(b)(6) Motion to Dismiss, or in the Alternative, Rule 12(e) Motion to Require More Definite Statement until April 22, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-29-05



*[signature]*

UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been mailed to all counsel or individually this the 12th day of April, 2005:

City of Memphis
Memphis Police Department
c/o Elbert Jefferson, Jr.
125 North Main Street
Room 314
Memphis, TN 38103

Shelby County Government
and Public Building Authority
c/o Laurece Smith, Esq.
160 North Main Street
Suite 660
Memphis, TN 38103

The Pyramid
Leisure Management International
Spectacor Management Group
c/o Tim Wade Hellen, Esq.
Suite 2000
One Commerce Square
Memphis, TN 38103

*[signature]*

K:\SMF\PLDGS\INDEXES\Obert\OrderExtension.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 2:03-CV-02135 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Edward Hugh Burrell
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Alan Harkavy
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
8 S. Third St.
4th Floor
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Laurice E. Smith
LAW OFFICE OF LAURICE E. SMITH
2693 Union Ave.
Ste. 200
Memphis, TN 38112

Honorable Bernice Donald
US DISTRICT COURT