IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21 AM 6:50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MARK CHRISTOPHER OBERT and LESLEY OBERT, <br><br> Plaintiffs, <br><br> v. <br><br> THE PYRAMID, CITY OF MEMPHIS, SHELBY COUNTY GOVERNMENT, PUBLIC BUILDING AUTHORITY OF MEMPHIS AND SHELBY COUNTY, MEMPHIS POLICE DEPARTMENT, LEISURE MANAGEMENT INTERNATIONAL D/B/A LMI/HHI, LTD., and SPECTACOR MANAGEMENT GROUP D/B/A SMG, <br><br> Defendants. | Civil Docket No.:03-2135-DV |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINES PURSUANT TO MAY 4, 2005 ORDER

Upon consideration of Plaintiff's Motion To Extend Deadlines Pursuant to May 4, 2005 Order, and the entire record herein, it is hereby ORDERED that Plaintiff's Motion is granted.

Accordingly, it is ordered as follows:

Plaintiffs shall be allowed to take the deposition of a 30(b)(6) representative of Shelby County and the depositions of City of Memphis police officers, Sgt. Acred and J. Jordan on or before July 14, 2005.

Plaintiffs shall respond to the Motion for Summary Judgment filed by the City of Memphis on or before July 14, 2005.

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-21-05

151

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 151 in case 2:03-CV-02135 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Laurice E. Smith
LAW OFFICE OF LAURICE E. SMITH
2693 Union Ave.
Ste. 200
Memphis, TN 38112

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Alan Harkavy
HARKAVY SHAINBERG KAPLAN & DUNSTAN, PLC
6060 Poplar Ave.
Ste. 140
Memphis, TN 38119

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Edward Hugh Burrell
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT