UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 NOV 28  AM 6: 53

THOMAS H. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARK CHRISTOPHER OBERT and
LESLEY OBERT,

     Plaintiffs,

v.                                                    Case No. 03-2135 DV

THE PYRAMID, et al

     Defendants.

---

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

Came the parties through their respective counsel and announced to the Court that the matters and things in controversy in this cause have been amicably settled and that all the Plaintiffs' causes of action against all the Defendants should be dismissed with prejudice and the costs of this cause adjudged to the Defendants.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all causes of action of Mark Christopher Obert and Lesley Obert against all the Defendants are hereby dismissed with prejudice.  The costs of this cause due to the Clerk are assessed to the Defendants as follows:  City of Memphis 53%, County of Shelby 13% and SMG 34%. Each party to bear their own discretionary costs and attorneys' fees and no cost bill shall be filed by any party.

JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Date: November 25, 2005

APPROVED:

Sara Falkinham-Maxwell
Attorney for Plaintiff

Tim Wade Hellen
Attorney for Defendant SMG

Elbert Jefferson, Jr.                          by  TWH
Attorney for Defendant City of Memphis

Laurice E. Smith                     by TWH
Attorney for Defendant Shelby County

G:\DATA\TWH\Amer Specialty\smg\Obert\dismiss.order.district.wpd

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 169 in case 2:03-CV-02135 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Edward Hugh Burrell
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Laurice E. Smith
LAW OFFICE OF LAURICE E. SMITH
2693 Union Ave.
Ste. 200
Memphis, TN 38112

Elbert Jefferson
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Alan Harkavy
HARKAVY SHAINBERG KAPLAN & DUNSTAN, PLC
6060 Poplar Ave.
Ste. 140
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT